UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARMERS NEW WORLD LIFE INSURANCE COMPANY,

Plaintiff,

v.

PETER ASFOUR, et al.,

Defendants.

Case No. 26-cv-07133-SVK

**CASE MANAGEMENT ORDER**

The Court held an initial case management conference on November 10, 2026. Counsel appeared on behalf of Plaintiff. Defendants, Brianna Asfour and Basim Asfour appeared pro se. Defendant Leilani Suad Asfour appeared, pro se, in her capacity as Trustee of the Samir Asfour and Suad Asfour Living Trust dtd 11/21/2000. At the hearing, Leilani Asfour represented to the Court that she has the power of attorney for Defendant Patrick Asfour, was appearing on his behalf, and is authorized to sign an agreement on his behalf. Default was previously entered against the only absent Defendant, Peter Asfour, on November 2, 2026. Dkt. 24. Plaintiff is to file a motion for default judgement as to Peter Asfour on or before **December 11, 2026**.

As stated on the record, and in accordance with the Parties' representation that all parties remaining in this case have come to an agreement as to how the funds at issue should be distributed, the Parties are ordered to file a joint motion for discharge on or before **December 11, 2026**.

Additionally, in order for the Court to adjudicate the joint motion for discharge, the Court needs consent to proceed before a magistrate judge from each Defendant in the case[1]. **Note that**

[1] Plaintiff has already filed a separate notice of consent. Dkt. 7.

United States District Court
Northern District of California

**any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences**. Each remaining Defendant must include a clear statement noting his or her consent or declination in the joint motion for discharge.

**SO ORDERED.**

Dated: November 10, 2026

SUSAN VAN KEULEN
United States Magistrate Judge